**SO ORDERED.**

**SIGNED this 8th day of April, 2014.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert A. Jarrett and | ) | |
| Patricia C. Jarrett, | ) | Case No. 12-11453 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER

In accordance with the memorandum opinion filed contemporaneously herewith, it is

ORDERED, ADJUDGED, AND DECREED that the Trustee's Motion to Except Asset from

Abandonment [Doc. #18] (the "Motion") is denied, and the property located at 637 Robinhood

Road, Bassett, Virginia, shall not be deemed exempted from abandonment under 11 U.S.C. § 554

(c) in the event that the case is closed without having administered the asset.

**END OF DOCUMENT**